FILED
CLERK, U.S. DISTRICT COURT

JAN 31 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IBRAHIM BASIL HENRY,<br><br>    Petitioner,<br><br>v.<br><br>KELLY HARRINGTON,<br><br>    Respondent. | Case No. CV 10-05651 PSG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has conducted its de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's "Notice of Motion to Legally Object [To] the Magistrate Judge's Report and Seek a COA To Prove Facts of Case", which is construed as his Objections to the R&R.  IT IS ORDERED that:

    1.    The Objections, which principally repeat meritless arguments addressed in the R&R and otherwise fail to show any part of the analysis in the R&R is erroneous, are overruled.

    2.    The R&R is approved and adopted.

    3.    Judgment shall be entered denying the Petition and dismissing this action with prejudice.

    4.    All motions are denied as moot and terminated.

///

1 |       IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this
2 | Order and the Judgment on all counsel or parties of record.

5 | Dated: January 28, 2011

                                                  PHILIP S. GUTIERREZ
                                                UNITED STATES DISTRICT JUDGE