ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IBRAHIM BASIL HENRY, | ) Case No. CV 10-05651 PSG (AN) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 28, 2011

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY